CLAY PRODUCTS COMPANY, INC. OF INDIANA ET AL.
*v.* RILEY ET AL.

[No. 14,936.  Filed May 17, 1937.]

Appeal by Clay Products Company, Inc. of Indiana and Bert McBride from a judgment in favor of Hugh C. Riley and others. Upon the filing of a joint confession of error and waiver by all appellants and appellees, judgment reversed and remanded by order of court without opinion per request of all parties.

*Cooper, Royse, Gambill & Crawford* and *Noel, Hickam, Boyd & Armstrong,* for appellants.

*Cleave Harding, Raymond Springer* and *Walter J. Tingle,* for appellees.